IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

|  |  |  |
|---|---|---|
| RAMONA JOYNER | ) | |
| | ) | Case No. 4:12-cv-00004 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CONTINENTAL CASUALTY | ) | |
| COMPANY | ) | By: Jackson L. Kiser, |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is Defendant's Motion for Summary Judgment [ECF No. 51], which was filed on November 30, 2012. Plaintiff filed a Response in Opposition to Defendant's Motion [ECF No. 60] on January 31, 2013, and Defendant followed by filing their Response in Support of Summary Judgment [ECF No. 65] on February 14, 2013. On February 25, 2013, I heard oral argument from both sides outlining their respective positions on the law, the facts, and the nature and extent of the record. Having thoroughly reviewed the briefs, the record, and the arguments of counsel, the matter is now ripe for decision. For the reasons stated in the accompanying Opinion, I hereby **GRANT** Defendant's Motion for Summary Judgment.

Entered this 7th day of March, 2013.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE